IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE ZEIGLER GRAVES, )<br>                                         )<br>    Plaintiff,           )<br>                                         )<br>    v.                         )<br>                                         )<br>WELLS FARGO BANK, N.A.,    )<br>et al.,                             )<br>                                         )<br>    Defendants.          ) | CIVIL ACTION NO.<br>2:23cv605-MHT<br>(WO) |

## ORDER

Having considered the briefing of the parties on the existence of jurisdiction over the claims against defendant Merchants Bonding Company, the court concludes that it has supplemental jurisdiction over the fraud claim pleaded in the amended complaint against said defendant. The court has federal-question jurisdiction over plaintiff's claim against defendant Wells Fargo, N.A. under the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, et seq. ("RESPA"). The court finds that, for the reasons set forth in plaintiff's brief (Doc. 83 at 8-9), the RESPA claim and

the fraud claim "derive from a common nucleus of operative fact," *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966), and "are so related ... that they form part of the same case or controversy under Article III of the United States Constitution," 28 U.S.C. § 1367.  Therefore, the court has supplemental jurisdiction over the fraud claim against Merchants Bonding Company.

DONE, this the 24th day of April, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**