IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELINE ZEIGLER GRAVES,    )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )        2:23cv605-MHT
                              )             (WO)
WELLS FARGO BANK, N.A.,       )
et al.,                       )
                              )
     Defendants.              )
```

**JUDGMENT**

Upon consideration of the joint motion to dismiss all claims against defendant CrossCountry Mortgage, LLC (Doc. 97), it is ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the motion to dismiss is granted, all claims against CrossCountry Mortgage, LLC are dismissed without prejudice, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 2nd day of May, 2024.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**