IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELINE ZEIGLER GRAVES,  )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:23cv605-MHT
                            )          (WO)
WELLS FARGO BANK, N.A.,     )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

Based on the representations made on the record on April 30, 2024, and because defendant First Choice Loan Services, Inc. only recently waived service of process and its response to the amended complaint is not yet due; plaintiff may file a motion to amend the complaint to add First Choice Loan's parent company Berkshire Bank as a defendant; pro se defendant Musina Murray is attempting to retain counsel; plaintiff has reached a settlement with defendant Merchants Bonding Company; a partial motion to dismiss (Doc. 39) is fully briefed

and pending; and another motion to dismiss (Doc. 76) is currently being briefed; it is ORDERED that:

(1) The uniform scheduling order (Doc. 13) is suspended.

(2) Plaintiff's counsel shall file a status report on the first Tuesday of every month, starting on July 2, 2024, notifying the court of the status of proceedings and when the court should have another status conference to discuss how to proceed.

(3) By May 16, 2024, defendant Musina Murray shall file a report with the court about the status of her efforts to obtain a lawyer. If she wishes the report to be private from the other parties, she may label the report "ex parte."

DONE, this the 2nd day of May, 2024.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE