IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELINE ZEIGLER GRAVES,  )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:23cv605-MHT
                            )          (WO)
WELLS FARGO BANK, N.A.,     )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

Upon consideration of the stipulation of dismissal (Doc. 106) signed by plaintiff and defendant Merchants Bonding Company, which the court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2)* all claims against defendant Merchants Bonding Company under the terms set forth in the motion, it is ORDERED that, by June 6, 2024, the other parties shall

---

      * The filed stipulation does not comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows for a plaintiff to dismiss an action by filing "a stipulation of dismissal *signed by all parties who have appeared*." (Emphasis added.)

show cause, if there is any, as to why the motion to dismiss should not be granted.

    DONE, this the 30th day of May, 2024.

                                      /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE