IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELINE ZEIGLER GRAVES,    )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:23cv605-MHT
                              )          (WO)
WELLS FARGO BANK, N.A.,       )
et al.,                       )
                              )
     Defendants.              )
```

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The construed joint motion to dismiss filed by plaintiff and defendant Merchants Bonding Company (Doc. 106), which is unopposed, is granted.

(2) All claims that plaintiff has or could have asserted against defendant Merchants Bonding Company in this civil action are dismissed with prejudice, said defendant is discharged of and from any and all liability to any party in respect of the notary bond

issued on behalf of defendant Musina Murray, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 27th day of June, 2024.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**