IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELINE ZEIGLER GRAVES,  )
                            )
    Plaintiff,               )
                            )   CIVIL ACTION NO.
    v.                      )     2:23cv605-MHT
                            )         (WO)
WELLS FARGO BANK, N.A.,     )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

Upon consideration of defendant Wells Fargo Bank, N.A.'s partial motion to dismiss, it is ORDERED that the motion (Doc. 39) is denied.

Wells Fargo has moved to dismiss any claims by plaintiff Jacqueline Zeigler Graves relating to the assignment of the allegedly fraudulent mortgage. While the court does take note of Graves's statement *in a footnote* in her complaint that she challenges the mortgage assignment's validity, the court does not understand Graves's complaint as actually pleading such

a claim. If the court has misunderstood Graves's contentions, Graves should inform the court within 14 days; otherwise, this case will proceed forward with the understanding that Graves does not assert such a claim.

DONE, this the 11th day of September, 2025.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**