IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACQUELINE ZEIGLER GRAVES,  )
                            )
    Plaintiff,               )
                            )   CIVIL ACTION NO.
    v.                       )     2:23cv605-MHT
                            )         (WO)
WELLS FARGO BANK, N.A.,     )
et al.,                      )
                            )
    Defendants.              )
```

ORDER

Defendant First Choice Loan Services Inc. has moved to dismiss plaintiff Jacqueline Zeigler Graves's fraud claim. In response, Graves states that she intends to amend her complaint against First Choice Loan. She asserts that her amended complaint will moot this motion, but she does not explain how, and she has not filed a proper motion for leave to amend the complaint. Further, Graves does not substantively respond to the motion to dismiss. The court cannot resolve the motion

until it sees either a complete response to it or Graves's amended complaint.

Accordingly, it is ORDERED that, by September 18, 2025, plaintiff Jacqueline Zeigler Graves shall either (a) submit a full response to defendant First Choice Loan Services Inc.'s motion to dismiss (Doc. 110), or (b) file a motion for leave to file an amended complaint with the proposed amended complaint attached. If plaintiff Graves fails to do either, the court will assume she is not challenging First Choice Loan's motion to dismiss her fraud claim.

DONE, this the 11th day of September, 2025.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE